

**Office of the Attorney General**
**Washington, D. C. 20530**

August 2, 2026

A.  The Attorney General's May 18, 2026 Order establishing the Anti-Weaponization Fund ("Fund") is rescinded and shall have no force or effect.

B.  For the avoidance of doubt, nothing in this Order is intended to contradict or otherwise be contrary to prior representations by the Department of Justice that the Fund is not operative. No Members were appointed; no funds were transferred; no process for receiving claims was established; no claims were paid. Nevertheless, several frivolous lawsuits have been filed challenging the Fund, and at least one court has declined to dismiss those claims as moot. This Order establishes, beyond any doubt, that there is no Fund. *See Floyd v. Dep't of Justice*, 1:26-cv-1399-LMB (E.D. Va.); *Dunn v. Trump*, 1:26-cv-1719-RJL (D.D.C.); *Citizens for Resp. and Ethics in Wash. v. Dep't of Justice*, 1:26-cv-1789-RJL (D.D.C.); *Gordon v. Blanche*, 1:26-cv-1907-RJL (D.D.C.); *Gill v. Dep't of Justice*, 3:26-cv-3283-CAB (S.D. Cal.).

Todd Blanche
Acting Attorney General